UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE,                )<br>                                                            )<br>            Plaintiff,                          )<br>                                                            )<br>        v.                                              )<br>                                                            )<br>MICHAEL CHERTOFF, SECRETARY OF )<br>        HOMELAND SECURITY,          )<br>                                                            )<br>            Defendant.                       )<br>                                                            )<br>_____) | Civil Action No. 06-2075 (HHK) |

## MOTION TO EXTEND TIME TO ANSWER

Defendant Michael Chertoff, through undersigned counsel, moves this Court for a three-week extension of time, to and including February 26, 2007, in order to respond to the allegations in this Freedom of Information/Privacy Act case. Defendant's answer is presently due on February 5, 2007. Undersigned counsel primarily assigned to this case has contacted plaintiff's counsel who indicates that he must discuss this matter with plaintiff and will not be able to respond to defendant before the filing of this motion. However, he will update defendant's counsel in the next two days, and presumably the Court should an opposition be lodged.

The reasons for this motion are as follows: Plaintiff has sought the production of records pursuant to the Freedom of Information Act from four components of the U.S. Department of Homeland Security, *i.e.*, the Office of Intelligence and Analysis, the U.S. Secret Service, the Office of Operations Coordination, and the Transportation Security Administration. These components are in the process of gathering the information necessary to respond to plaintiff's complaint. It appears from a cursory review of the records, however, that plaintiff has failed to

exhaust his administrative remedies in connection with some if not all of his requests. The agency attempted to discuss the matter with plaintiff's counsel prior to the filing of the instant action. See R. 1 at ¶ 13. In addition, undersigned counsel has briefly spoken to plaintiff's counsel concerning this matter and both parties intend to discuss it further. Should exhaustion be an issue, defendant may file a dispositive motion in lieu of an answer. Accordingly, additional time is respectfully requested to determine the proper filing(s) in this case.

WHEREFORE, it is respectfully requested that the defendant's motion to extend be granted and that it have to and including February 26, 2007, to respond to the allegations in the complaint. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

Of Counsel:

Sarah Tauber
Katherine White
Attorney-Advisors
Office of Chief Counsel
Transportation Security Administration

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2075 (HHK) |
| ) | |
| MICHAEL CHERTOFF, SECRETARY OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of defendant's motion to extend the time for filing an answer or other response in this case, any opposition thereto, and for good cause shown, it is this _____ day of _____, 2007

ORDERED, that said motion be granted. Defendant shall have to and including February 26, 2007, to answer or otherwise respond to the allegations in the complaint.

_____
UNITED STATES DISTRICT JUDGE