```
            UNITED STATES DISTRICT COURT
               DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **JUAN CARLOS GINARTE** | * |
| | * |
| Plaintiff | * Case No. 1:06CV02075 |
| | * |
| v. | * |
| | * |
| **MICHAEL CHERTOFF, et al.** | * |
| | * |
| Defendants. | * |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME

Plaintiff respectfully objects to Defendant's Motion for Extension of Time to respond to the Complaint, for the following grounds:

1.   Defense counsel entered an appearance on January 18, 2006. Defendant Chertoff and United States Attorney Taylor were served the Complaint and Summons by certified mail received on January 3, and the Attorney General was served the Complaint and Summons by certified mail received January 26, 2007.

2.   Defendant filed his FOIA request long ago. He preserved his administrative appellate rights, and did not file an administrative appeal as to the components of DHS that did not respond to his FOIA request to the particular component within the requisite statutory twenty business days.

3.   Consequently, Defendant has no sufficient grounds to file a dispositive motion claiming failure to file any timely

administrative appeals, which defense counsel indicates she wishes to do.

WHEREFORE, Plaintiff opposes Defendant's Motion for an extension of time.

Respectfully submitted

**MARKS & KATZ, L.L.C.**

_/s/ Jonathan L. Katz_____
Jonathan L. Katz
DC Bar No. 425615
1400 Spring St., Suite 410
Silver Spring, MD 20910
Ph:  (301) 495-4300
Fax: (301) 495-8815
jon@markskatz.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Opposition was served by the CM/ECF filing system on February 20, 2006, to:

Claire M. Whitaker
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Suite E-4204
Washington, DC 20816
(202) 514-7137
Fax: (202) 514-8780
Email: claire.whitaker@usdoj.gov

____/s/ Jonathan L. Katz_____
Jonathan L. Katz