UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUAN CARLOS GINARTE,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF,<br>Secretary of Homeland Security,<br><br>    Defendant. | Civil Action No. 1:06CV02075 (HHK) |

### DEFENDANT'S WITHDRAWAL OF EXHAUSTION ARGUMENT

On February 26, 2007, defendant filed a motion to dismiss or for summary judgment asserting three independent defenses to plaintiff's claim under the Freedom of Information Act. 5 U.S.C. § 552 *et seq.* These defenses were 1) plaintiff failed to exhaust because there was no record of an appeal to the no records responses by the U.S. Secret Service and the Department of Homeland Security's Directorate of Preparedness ("PREP"); 2) that the U.S. Secret Service and the PREP performed a reasonable search and no records were found; and 3) with regard to the Transportation Security Administration, plaintiff never responded to its request for clarification. Defendant herein withdraws one of these defenses, *i.e.,* Plaintiff's Failure To Timely Appeal the no records response of the PREP. See R. 6 at IIA.1 &2, pp. 6-8.

As the attached declaration evidences, plaintiff did not appeal the no records response of the Secret Service, but did appeal the no records response of the PREP. Nonetheless, the Secret Service and the PREP performed reasonable searches for records and no records were found.

Defendant urges this Court to grant its motion in connection with the other defenses asserted.

        Respectfully submitted,

        /s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

        /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06CV02075 |
| ) | |
| MICHAEL CHERTOFF, ) | |
| SECRETARY OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF HOWARD PLOFKER**

I, Howard Plofker, do hereby declare as follows:

1) I am currently an attorney advisor assigned to the information law section of the Transportation Security Administration's (TSA) Office of Chief Counsel. I assumed this position on March 22, 2004. In my position, I am responsible for providing daily guidance to the FOIA Office with respect to initial and administrative appeal determinations, as well as to advise and provide guidance with respect to best agency FOIA and Privacy Act (FOIA/PA) practices. The statements made in this declaration are based on my personal knowledge, information made available to me in the performance of my official duties, and conclusions reached in accordance therewith.

2) On February 8, 2007, at the request of the DHS Office of the General Counsel, TSA's OCC began providing interim legal support to the DHS Office of the Chief Privacy Officer. The support included reviewing FOIA appeals for the following DHS components: the Office of General Counsel (OGC), the Office of Civil Rights and Civil Liberties (CRCL), the Office of the Inspector General (OIG), Citizenship and

Immigration Services (CIS), the Federal Emergency Management Agency (FEMA), Immigration and Customs Enforcement (ICE), and the Preparedness Directorate (PREP).

3) Pursuant to 6 C.F.R. § 5.9, if a Freedom of Information Act (FOIA) requester is dissatisfied with the Department's response to his or her FOIA request, he or she may appeal an adverse determination to the Associate General Counsel for General Law. The appeal must be in writing, and be received by the Associate General Counsel for General Law within 60 days of the date of the letter denying the FOIA request.

4) On or about February 26, 2007, I was reviewing a file for a separate and unrelated FOIA appeal when I located plaintiff's appeal of PREP's August 31, 2006 "no records" determination to his FOIA request PREP06P013. Plaintiff's appeal letter was dated October 30, 2006. A copy of this letter is attached as Exhibit A.

5) I was unaware that this matter was in litigation.

6) At my direction, the appeal was logged into the DHS Privacy Office FOIA Tracking system on February 28, 2007.

7) By letter dated March 2, 2007, DHS acknowledged its receipt of the appeal and assigned it tracking number 07-86. A copy of this letter is attached as Exhibit B.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 12th day of March, 2007.

Howard Plofker

# EXHIBIT A

FEB-21-2007 12:09      US SECRET SERVICE                    202 406 9685    P.06

**MARKS & KATZ, LLC**
**ATTORNEYS AT LAW**
1400 SPRING STREET
SUITE 410
SILVER SPRING, MARYLAND 20910
(301) 495-4300
FAX (301) 495-8815
justice@markskatz.com
www.markskatz.com

JAY S. MARKS (MD, IL)
JONATHAN L. KATZ (MD, DC, VA)

October 30, 2006

Chief Privacy Officer/
 Chief FOIA Officer
Privacy Office
Dept. Of Homeland Security
TSA Headquarters Bldg.
601 S. 12th E3-S
Arlington, VA 22202

    Re: <u>APPEAL OF FOIA CASE NO. PREP06P013; Subject: GINARTE, JUAN CARLOS; Your reply date: August 31, 2006; Our FOIA Request Date: 7/5/06; Claimed date received by Preparedness Directorate: 7/12/06</u>

To the Appeal Chief Privacy Officer:

    This letter appeals the above-listed (and attached) response to my Freedom of Information/Privacy Act request ("Request") **to the Homeland Security Department**. Dates of my request and your receipt thereof, are listed above.

    This appeal is made without prejudice to my client Juan Carlos Ginarte's right to file a federal lawsuit, because your reply to the FOIA request was not received in a timely manner (you claim that your preparedness directorate received the FOIA request on July 12; your reply is dated August 31, 2006, is the first letter reply from Homeland Security, and, therefore, is issued too late under the FOIA to require my client to await the administrative appeal process before filing a federal lawsuit.

    The grounds for this appeal include, but are not limited to:

    - I do not accept that DHS searched for all the records in Mr. Ginarte's FOIA Request. Backing this up is that your letter

only refers to an alleged search of the Office of Operations Coordination and Office of Intelligence and Analysis, rather than the rest of DHS's records.

- Backing up that your response shows that not all documents requested in the FOIA request were searched is the enclosed and subsequent and late September 7, 2006 letter from the TSA. (The TSA letter refers to unanswered phone calls and e-mails; the FOIA does not require a FOIA requestor to reply to e-mails and phone calls).

Your attached reply seems to be a form letter to which little time was spent considering my specific Request. Spitting out form letters may save time, but they do not satisfy the letter and spirit of the FOIA and Privacy Act.

Therefore, please reverse the attached reply, and please provide the information I have requested in my client's FOIA request. Thank you.

Very truly yours,

Jonathan L. Katz

SEP -7 2006



**Transportation Security Administration**

Mr. Jonathan Katz
Marks & Katz, LLC
1400 Spring Street, Suite 410
Silver Spring, MD 20910

FOIA Case Number: TSA06-0858

Dear Mr. Katz:

This letter is in regards to your Freedom of Information Act (FOIA) request dated July 5, 2006, which was referred to the Transportation Security Administration by the Department of Homeland Security. You have requested information on behalf of Mr. Juan Carlos Ginarte.

Ms. Quiana Lemons and Mr. Ryan Law of my staff have attempted to contact you via telephone and email regarding your request and have left numerous messages with your secretary and on your voicemail asking you to return their calls. Ms. Lemons has left messages on August 4rd, 7th and 10th. Mr. Law contacted you via email on September 1st and informed you that we required additional information from you in order to process your request.

As of this date you have not responded to Ms. Lemon's messages or Mr. Law's email. Since you have not responded, we assume you are no longer interested in obtaining the information you requested and your request is considered withdrawn.

If you have any questions, please contact the FOIA office at (866) 364-2872.

Sincerely,

Catrina M. Pavlik
FOIA Officer
Freedom of Information Act Office

www.tsa.gov



Office of the Under Secretary for Preparedness
U.S. Department of Homeland Security
Washington, DC 20528

# Homeland Security

August 31, 2006

Mr. Jonathan L. Katz
Marks & Katz, LLC
Attorneys at Law
1400 Spring Street
Suite 410
Silver Spring, MD 20910

**Re: PREP06P013**

Dear Mr. Katz:

This is in response to your Privacy Act (PA) request dated July 5, 2006, to the Department of Homeland Security (DHS). You requested records pertaining to your client Mr. Juan Carlos Ginarte. Your request was received in the Preparedness Directorate on July 12, 2006.

After a thorough search of the Office of Operations Coordination and the Office of Intelligence and Analysis files, no records responsive to your request were identified.

This "no records" finding may be considered an adverse determination. This determination has been made by the undersigned Initial Denial Authority. If you disagree with this decision, you may file an appeal by submitting a written notice to the following address: Chief Privacy Officer/Chief FOIA Officer, Privacy Office, Department of Homeland Security, TSA Headquarters Building, 601 S. 12th E3-S, Arlington, VA 22202. Your appeal must be postmarked within 60 calendar days from the date of this letter. The appeal should contain the FOIA case number, a concise statement of the grounds upon which the appeal is brought and a description of the relief sought. A copy of this letter should accompany your appeal. Both the envelope and your letter should clearly identify that a Freedom of Information Act Appeal is being made.

There are no fees associated with the processing of this request.

Should you need further assistance, please contact me at (202) 282-8522.

Sincerely,

*Sandy Ford Page*

Sandy Ford Page, CIPP
Director, Disclosure
Initial Denial Authority
Preparedness Directorate

FEB-21-2007 12:13        US SECRET SERVICE                          202 406 9685    P.15

# EXHIBIT B



U.S. Department of Homeland Security
Office of General Counsel
Washington, DC 20528

March 2, 2007

Mr. Jonathan L. Katz
1400 Spring Street
Suite 410
Silver Spring, MD 20910

Dear Mr. Katz:

The Department of Homeland Security has received your letter dated October 30, 2006, appealing the August 31, 2006, adverse determination of your Freedom of Information Act/Privacy Act (FOIA/PA) request by the DHS Preparedness Directorate. On behalf of the Deputy Associate General Counsel for General Law, we acknowledge your appeal request and are assigning it number 07-86 for tracking purposes. Please reference this number in any future communications about your appeal.

A high number of FOIA/PA requests have been received by the Department. Accordingly, we have adopted the court-sanctioned practice of generally handling backlogged appeals on a first-in, first-out basis. While we will make every effort to process your appeal on a timely basis, there may be some delay in resolving this matter. Should you have any questions concerning the processing of your appeal, please contact Howard Plofker at (571) 227-2726, or howard.plofker@dhs.gov.

Sincerely,

P/ Michael D. Russell
Deputy Associate General Counsel
for General Law & Appropriations Counsel