UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, SECRETARY OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2075 (HHK) |

**MOTION TO EXTEND TIME**

Defendant Michael Chertoff, through undersigned counsel, moves this Court for a one-week extension of time, to and including March 29, 2007, in order to submit a reply in support of defendant's dispositive motion in this Freedom of Information/Privacy Act case. Undersigned counsel primarily assigned to this case has attempted unsuccessfully to contact plaintiff's counsel to determine whether there will be an objection to this motion.

The reasons for this motion are as follows: As plaintiff has pointed out in his opposition the last page of one of the declarations submitted with defendant's motion to dismiss or for summary judgment is difficult to read. The original of the declaration, executed by Evelyn (Sandy) M. Ford Page, Director of the Disclosure Office of the Department of Homeland Security (DHS) Preparedness Directorate (PREP), has not yet been received by defendant's counsel. Accordingly, a brief extension of time is necessary in order to obtain and file a more legible declaration with the Court. In addition, defendant has determined that additional details concerning the agency's system of records and search criteria will be helpful in the Court's review of defendant's actions. Therefore, the declaration of Ms. Ford Page will be augmented

with additional descriptive information. It is anticipated that approximately five working days will be necessary in order to prepare and file a new declaration.

WHEREFORE, it is respectfully requested that the defendant's motion to extend be granted and that it have to and including March 29, 2007, to respond to plaintiff's opposition to defendant's dispositive motion in this case. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

Of Counsel:

Sarah Tauber
Katherine White
Attorney-Advisors
Office of Chief Counsel
Transportation Security Administration

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUAN CARLOS GINARTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, SECRETARY OF )<br>HOMELAND SECURITY, )<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No. 06-2075 (HHK) |

<u>ORDER</u>

Upon consideration of defendant's motion to extend the time for filing a reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment, any opposition thereto, and for good cause shown, it is this _____ day of _____, 2007

ORDERED, that said motion be granted. Defendant shall have to and including March 29, 2007, to reply to plaintiff's opposition to defendant's dispositive motion in this case.

_____
UNITED STATES DISTRICT JUDGE