UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE | * |
| Plaintiff | * Case No. 1:06CV02075 |
| v. | * |
| MICHAEL CHERTOFF, et al. | * |
| Defendants. | * |

### DECLARATION OF SERVICE

The undersigned, Jonathan L. Katz, is over the age of eighteen and is competent to testify as follows:

1. I hereby declare that the Summonses and Complaint and all of the documents provided by the Court were served as follows on the respective summonsed parties by certified mail, postage prepaid:

    a. Michael Chertoff, Secretary of Homeland Security, U.S. Department of Homeland Security, Washington, D.C., served on January 3, 2007.

    b. Jeffrey A. Taylor, United States Attorney, 444 Fourth Street, N.W., Washington, D.C. 20530, served on January 3, 2007.

    c. Alberto R. Gonzales, United States Attorney General, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, served on January 26, 2007.

2. Proof of service is confirmed by the attached (a) certified mail receipts and (b) Postal Service confirmations of service.

I affirm that the foregoing is true to the best of my knowledge and belief.

/s/
Jonathan L. Katz

January ___, 2007
Date



```
         Silver Spring Main Post Office
              SILVER SPRING, Maryland
                    209079998
                 1050050907 -0096
01/22/2007      (301)608-1304      05:44:36 PM

                    Sales Receipt
                       Sale   Unit         Final
Product                Qty    Price        Price
Description

WASHINGTON DC 20530                        $0.87
  First-Class
  2.50 oz.
  Return Rcpt (Green Card)                 $1.85
  Certified                                $2.40
  Label #:         70060810000158672021
  Customer Postage                        -$5.12
  Subtotal:                                $0.00

Total:                                     $0.00

Paid by:


Bill#: 1000401443766
Clerk: 14

       All sales final on stamps and postage.
       Refunds for guaranteed services only.
              Thank you for your business.
                          Customer Copy
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

Postmark: JAN 22 2007 SILVER SPRING MD

Sent To: Alberto Gonzales, Attorney General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave. N.W.
City, State, ZIP+4 Washington, D.C. 20530-0001

7006 0810 0001 5867 2021

PS Form 3800, June 2002                 See Reverse for Instructions



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0810 0001 5867 2069**
Status: **Delivered**

Your item was delivered at 7:33 AM on January 3, 2007 in WASHINGTON, DC 20528.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 0810 0001 5867 2090**
Status: **Delivered**

Your item was delivered at 4:52 AM on January 3, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

## Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0810 0001 5867 2021**
Status: **Delivered**

Your item was delivered at 4:49 AM on January 26, 2007 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                1/26/2007