UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF,<br><br>          Defendant. | Civil Action 06-02075 (HHK) |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendant's motion to dismiss, or in the alternative, for summary judgment [#6] is **GRANTED**; and it is

**FURTHER ORDERED** that judgment is entered for defendant and this case is **DISMISSED**.  This is a final appealable order.

                                                              Henry H. Kennedy, Jr.
                                                              United States District Judge

Dated: October 15, 2007